IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **MEL HARTMAN,** | : CIVIL ACTION NO. 1:20-CV-2444 |
| **Plaintiff** | : |
| v. | : (Judge Conner) |
| **SCOTT E. ALBERT,** | : |
| **Defendant** | : |

## ORDER

AND NOW, this 12th day of April, 2021, upon consideration of the report (Doc. 5) of Magistrate Judge Joseph F. Saporito, Jr., recommending that the court dismiss plaintiff's complaint for failing to pay the requisite filing fees despite having been ordered by the court to do so, and it appearing that plaintiff has not objected to the report, see FED. R. CIV. P. 72(b)(2), and the court noting that failure of a party to timely object to a magistrate judge's conclusions "may result in forfeiture of *de novo* review at the district court level," Nara v. Frank, 488 F.3d 187, 194 (3d Cir. 2007) (citing Henderson v. Carlson, 812 F.2d 874, 878-79 (3d Cir. 1987)), but that, as a matter of good practice, a district court should afford "reasoned consideration" to the uncontested portions of the report, E.E.O.C. v. City of Long Branch, 866 F.3d 93, 100 (3d Cir. 2017) (quoting Henderson, 812 F.2d at 879), in order to "satisfy itself that there is no clear error on the face of the record," FED. R. CIV. P. 72(b), advisory committee notes, and, following an independent review of the record, the court

agreeing with Judge Saporito's analysis and recommendation, and concluding that there is no clear error on the face of the record, it is hereby ORDERED that:

1. Magistrate Judge Saporito's report (Doc. 5) is ADOPTED.

2. Plaintiff's complaint (Doc. 1) is DISMISSED without prejudice for failure to pay the requisite filing and administrative fees.

3. The Clerk of Court shall CLOSE this case.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner
United States District Judge
Middle District of Pennsylvania